Per Curiam.

(No. 74-CC-811—)

Beverly Farm Foundation, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed October 18, 1974.*

JOHN C. MUELLER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.